**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

NOV 2 1 2011

DIVISION  Atlanta
(USAO 2011R01083)

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

1 11-CR-520

COUNTY NAME: Fulton

DISTRICT COURT NO. _____

MAGISTRATE CASE NO. 2:11-MJ-0098

_X_ Indictment          ___ Information          _X_ Magistrate's Complaint
DATE: 11/21/11          DATE:                    DATE: 10/26/11

UNITED STATES OF AMERICA
vs.
**ANTONIO BROWN**

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:                          TOTAL COUNTS:
(as to deft)                             (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony     ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date):

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____                                    Issued by: _____

IS IN CUSTODY:

4. _X_ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges __Yes __ No
   ___ Federal  ___ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes          __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE
JUDGE: _____
A.U.S.A.: Jeffrey A. Brown
DEFT'S ATTY: Graham McKinnon, IV

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: Jeffrey A. Brown
Assistant United States Attorney

DATE: 11/21/11