**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

NOV 22 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

ANTONIO BROWN #63242-019
c/o U. S. MARSHAL

SUMMONS IN A CRIMINAL CASE

CASE NO. 1:11-CR-520

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1834**<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303-3361 |
| **BEFORE:** | Honorable Gerrilyn G. Brill<br>United States Magistrate Judge |
| **DATE AND TIME:** | November 29, 2011<br>11:00 |

To answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 924 (a)(1)(A)**

Brief description of the offense:   False Representation to Firearms Dealer

AUSA:   Jeffrey A. Brown

Counsel for Defendant:   Graham McKinnon, IV

**PLEASE CONTACT PRETRIAL SERVICES IMMEDIATELY UPON RECEIPT OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM TO 5:00 PM, MONDAY THROUGH FRIDAY. TELEPHONE (404) 215-1950.**

November 22, 2011

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk