# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00520-RWS-GGB
### USA v. Franklin et al
### Honorable Gerrilyn G. Brill

Minute Sheet for proceedings held In Open Court on 02/14/2012.

TIME COURT COMMENCED: 9:56 A.M.
TIME COURT CONCLUDED: 12:34 P.M.
TIME IN COURT: 2:38
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
TAPE NUMBER: FTR
DEPUTY CLERK: Suzy Edwards

DEFENDANT(S):
[1] Craig Franklin Present at proceedings
[2] Paul Boykins Present at proceedings
[3] Antonio Brown Present at proceedings

ATTORNEY(S) PRESENT:
Jeffrey Brown representing USA
Wallace Clayton representing Paul Boykins
Stephen Johnson representing Craig Franklin
Graham McKinnon representing Antonio Brown

PROCEEDING CATEGORY: Evidentiary Hearing;

MINUTE TEXT: Statement of issues, concessions by Govt. Eric Scott Cook, Commerce Police Dept., sworn and testified. Direct. Govt. Ex. 1, admitted. Cross exam by Atty Clayton. Cross exam by Atty McKinnon. Re-direct. Re-cross by Atty McKinnon. Rule of sequestration invoked by the Govt. Lance Greer, ATF officer, sworn and testified. Direct. Govt. Ex. 2, 3, admitted. 10-minute break. Cross-exam of Officer Greer by Atty McKinnon. Re-direct. Re-cross. Eric DeGree, ATF, sworn and testified. Govt. Ex. 4, 5 admitted. Cross exam by Atty Johnson. Cross exam by Atty Clayton. Dft. Boykin Ex. 1, admitted. Re-cross by Atty Johnson. Govt rested. Dft Franklin's direct: Christopher Franklin, sworn and testified. Evidence closed, except for the cell phone issue. Dfts' brief due 3/20/12; Govt's brief due 4/3/12. Dfts should state specifically what they are seeking to suppress. Counsel directed to report back to the Court by 3/21/12 whether a hearing is necessary on the cell phone issue. Dfts should establish standing and expectation of privacy.

HEARING STATUS: Hearing Concluded
EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.