AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**
**FEB 14 2012**
**JAMES N. HATTEN, Clerk**
**By: _____ Deputy Clerk**

Northern DISTRICT OF Georgia

UNITED STATES OF AMERICA

V.

CRAIG FRANKLIN, PAUL BOYKINS, ANTONIO BROWN

## EXHIBIT AND WITNESS LIST

Case Number: 1:11-CR-520

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| GERRILYN G. BRILL | Jeffrey Brown | S. Johnson, C. Clayton, G. McKinnon |
| HEARING DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/14/12 (Evid. Hrg.) | Montrell Vann | Suzy Edwards |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/14/12 | X | X | DVD of traffic stop (in-car video) |
| 2 | | 2/14/12 | X | X | DVD of interview of Antonio Brown on 10/25/11 |
| 3 | | 2/14/12 | X | X | Copy of Statement of Rights form, signed by Antonio Brown on 10/25/11 |
| 4 | | 2/14/12 | X | X | Copy of Statement of Rights form, signed by Craig Franklin on 10/6/11 |
| 5 | | 2/14/12 | X | X | Copy of Search Warrant 1:11-mj-1650 for 173 Laurel Avenue, Atlanta, GA (9 pgs) |
| | 1 | 2/14/12 | X | X | Copy of Search Warrant 1:11-mj-1808 for 2 Samsung cellular telephones (7 pgs) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages