IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-520-RWS |
| ANTONIO BROWN | : | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that Defendant pled guilty to a related charge in criminal information number 1:12-CR-00293, Count Twenty-Nine (29) of the Indictment, filed on November 21, 2011, charging a violation of Title 18, United States Code, Section 922(g) is dismissed as to the above named Defendant, and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: /s/ Jeffrey A. Brown
Jeffrey A. Brown
ASSISTANT UNITED STATES ATTORNEY
(404)581-6064
FAX: (404)581-6181
Georgia Bar No. 088131

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### O R D E R

Now, to-wit, on the __4th__ day of __Dec__, 2012, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE